FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 DEC 16 PM 2:45

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARQUIS C. SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. CV415-248 |
| JUNE E. FOGLE, Public Defender, and Magistrate Judge HARRIS ODELL JR., | ) ) ) ) |
| Defendants. | ) ) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Plaintiff's 42 U.S.C. § 1983 complaint is hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 16th day of December 2015.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA